2010 SEP 10 A 11: 57

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HECTOR GARCIA<br><br>        Defendant. | District No.   2:07-CR-235-LDG PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On September 7, 2010, this court received a transcript order form dated September 2, 2010 requesting a Transcript of the hearing held on May 15, 2009, from Mr. Mario Valencia, counsel for Defendant Hector Garcia, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _9_ day of September, 2010.

LLOYD D. GEORGE
United States Judge